1

2

3

4

5

6

7

8                                   UNITED STATES DISTRICT COURT

9                              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ALPHAEUS T. JOHNSON,                         No.  2:14-cv-1287 TLN CKD P

12                 Plaintiff,

13          v.                                     FINDINGS AND RECOMMENDATIONS

14    S. JONES,

15                 Defendant.

16

17          Plaintiff is a state prisoner, proceeding pro se and in forma pauperis, who seeks relief

18    pursuant to 42 U.S.C. § 1983.  On July 3, 2014, plaintiff's complaint was dismissed, as his claim

19    apparently was barred by Heck v. Humphrey, 512 U.S. 477 (1994).  Plaintiff was granted leave to

20    amend the complaint "in order to show that the disciplinary conviction that is the subject of this

21    action has been invalidated, or any other reason why the Heck bar does not apply."  (ECF No. 6.)

22          Plaintiff has filed a First Amended Complaint (ECF No. 10); however, it fails to address

23    the Heck bar or otherwise cure the deficiencies of the original complaint.  Moreover, plaintiff's

24    allegations – that defendant correctional officer threw a spoon at him, which hit him in the chest –

25    do not suffice to show a violation of plaintiff's federal constitutional rights.  "The Eighth

26    Amendment's prohibition of cruel and unusual punishments necessarily excludes from

27    constitutional recognition de minimis uses of physical force, provided that the use of force is not

28    of a sort repugnant to the conscience of mankind."  Wilkins v. Gaddy, 559 U.S. 34, 37-38 (2010)

                                                    1

1  (quoting <u>Hudson v. McMillian</u>, 503 U.S. 1, 9, (1992)) (internal quotations omitted).  "An inmate

2  who complains of a 'push or shove' that causes no discernible injury almost certainly fails to state

3  a valid excessive force claim."  <u>Id.</u>  As plaintiff fails to state a cognizable claim and further

4  amendment would appear to be futile, the undersigned will recommend that the amended

5  complaint be dismissed with prejudice.

6          Accordingly, IT IS HEREBY RECOMMENDED that:

7          1.  The First Amended Complaint (ECF No. 10) be dismissed with prejudice; and

8          2.  This case be closed.

9          These findings and recommendations are submitted to the United States District Judge

10  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

11  after being served with these findings and recommendations, plaintiff may file written objections

12  with the court.  Such a document should be captioned  "Objections to Magistrate Judge's

13  Findings and Recommendations."  Plaintiff is advised that failure to file objections within the

14  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d

15  1153 (9th Cir. 1991).

16  Dated:  August 4, 2014

17  _____
    CAROLYN K. DELANEY

18  UNITED STATES MAGISTRATE JUDGE

19

20

21

22  2 / john1287.fac_fr

23

24

25

26

27

28